**Order entered October 30, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00920-CV

### J.R., A JUVENILE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00313-X**

## ORDER

Before the Court is the October 29, 2020 request of court reporter Jayne Godfrey for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **November 9, 2020**.

/s/     KEN MOLBERG
         JUSTICE